**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DONALD JOSEPH JOHNSTON<br>SUSAN ANN JOHNSTON<br>     Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>     Movant<br>          vs.<br>NATIONSTAR MORTGAGE LLC(*)<br>     Respondents | Case No. 23-22701GLT<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 3752.

Regular mortgage payments are currently being directed to the following creditor at the following address:

NATIONSTAR MORTGAGE LLC(*)
PO BOX 619094
DALLAS,TX 75261-9741

Movant has been requested to send payments to:
MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

3752

The Chapter 13 Trustee's CID Records of NATIONSTAR MORTGAGE LLC(*) have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 6/12/2024.

| | |
|---|---|
| cc:    Debtor<br>         Original creditor<br>         Putative creditor<br>         Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
DONALD JOSEPH JOHNSTON, SUSAN ANN JOHNSTON, 723 BLAIR STREET, JEANNETTE, PA  15644

DEBTOR'S COUNSEL:
COREY J SACCA ESQ, BONONI & COMPANY PC, 20 N PENNSYLVANIA AVE - SUITE 201, GREENSBURG, PA  15601

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

ORIGINAL CREDITOR:
NATIONSTAR MORTGAGE LLC(*), PO BOX 619094, DALLAS, TX  75261-9741

:
NATIONSTAR MORTGAGE LLC**, ATTN BANKRUPTCY NOTICES - LEGAL, PO BOX 619096, DALLAS, TX  75261-9741

NEW CREDITOR:
MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019