# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DONALD JOSEPH JOHNSTON
SUSAN ANN JOHNSTON

    Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

    Movant

vs.

NATIONSTAR MORTGAGE LLC(*)

    Respondents

Case No. 23-22701GLT

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 3752.

Regular mortgage payments are currently being directed to the following creditor at the following address:

NATIONSTAR MORTGAGE LLC(*)
PO BOX 619094
DALLAS,TX 75261-9741

Movant has been requested to send payments to:
MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

3752

The Chapter 13 Trustee's CID Records of NATIONSTAR MORTGAGE LLC(*) have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 6/12/2024.

cc:    Debtor
        Original creditor
        Putative creditor
        Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
DONALD JOSEPH JOHNSTON, SUSAN ANN JOHNSTON, 723 BLAIR STREET, JEANNETTE, PA  15644

DEBTOR'S COUNSEL:
COREY J SACCA ESQ, BONONI & COMPANY PC, 20 N PENNSYLVANIA AVE - SUITE 201, GREENSBURG, PA  15601

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

ORIGINAL CREDITOR:
NATIONSTAR MORTGAGE LLC(*), PO BOX 619094, DALLAS, TX  75261-9741

:
NATIONSTAR MORTGAGE LLC**, ATTN BANKRUPTCY NOTICES - LEGAL, PO BOX 619096, DALLAS, TX  75261-9741

NEW CREDITOR:
MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019