**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 23-22701** |
| | **CHAPTER 13** |
| **Donald Joseph Johnston,** | |
|   Debtor. | |
| | |
| **Susan Ann Johnston,** | |
|   Joint Debtor. | |

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Select Portfolio Servicing, Inc. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 07004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: _/s/Robert Shearer_
       Robert Shearer, Esquire
       Pennsylvania Bar No. 83745
       Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on December 9, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

DONALD JOSEPH JOHNSTON
723 BLAIR STREET
JEANNETTE, PA 15644

SUSAN ANN JOHNSTON
723 BLAIR STREET
JEANNETTE, PA 15644

And via electronic mail to:

BONONI & COMPANY
20 NORTH PENNSYLVANIA AVE.
GREENSBURG, PA 15601

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

                                                By: /s/ Emily Cheng