**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE:  Donald Joseph Johnston and, | ) | Case No. 23-22701-GLT |
| Susan Ann Johnston | ) |  |
| DEBTORS. | ) |  |
|  | ) | Chapter 13 |
| Elliott Community Federal | ) |  |
| Credit Union, | ) | Related to Claim No. 6 |
| MOVANT, | ) |  |
| v. | ) |  |
|  | ) |  |
| NO RESPONDENT. | ) |  |

**REQUEST TO RESTRICT PUBLIC ACCESS TO CLAIM**

Pursuant to W.PA.LBR 9037-1 and understanding that the redaction of any information other than the identifiers specifically enumerated in Fed. R. Bankr. P. 9037 requires a separate motion and Court approval, under penalty of perjury, the **UNDERSIGNED HEREBY CERTIFIES** that:

1. Elliott Community Federal Credit Union filed a proof of claim, Claim No. 6 -1 in the above-captioned case on January 31, 2024 which contains one or more of the identifiers enumerated in Fed. R. Bankr. P. 9037.

2. On February 1, 2024, Elliott Community Federal Credit Union filed an amended claim on the claims register in compliance with W.PA.LBR 3002-2(a), and the only change made to the original claim is the redaction of personal identifiers.

3. I am requesting that the Court take whatever steps are necessary to restrict public access to the unredacted claim.

Date:   8/3/2026                             /s./ Maria Rossi

Maria V. Rossi, Esquire
On Behalf of: Elliott Community Federal
Credit Union

PA ID #: 325724

Rossi Legal Co.
PO Box 206
Youngstown, PA 15696
(724) 244-0569
Maria@RossiLegal.org